## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2750** <br> **Master Docket Case No. 2:16-md-2750** <br><br> **JUDGE BRIAN R. MARTINOTTI** <br> **JUDGE LEDA D. WETTRE** |

**THIS DOCUMENT RELATES TO: ALL CASES**

### ORDER TERMINATING MDL

Having entered an order on April 20, 2023, recommending the termination of this MDL following the resolution or voluntary dismissal of all member cases, and having received notice from the JPML that the matter should be terminated,

**IT IS** on this 25th day of April 2023,

**ORDERED** that this MDL is **CLOSED**.

*/s/Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**